| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 12/3/09 |

------------------------------------- x

THOMAS McRAE,  :

          Plaintiff,  :  09 Civ. 5764 (JSR) (AJP)

    -against-  :  <u>RULE 16 IPTC SCHEDULING ORDER</u>

C.O. VEGA, et al.,  :

          Defendants.  :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

Pursuant to Rule 16, Fed. R. Civ. P., IT IS HEREBY ORDERED THAT:

1. The time for defendants to respond to the complaint is extended to January 4, 2010. Any motion to join parties or amend the pleadings must be made by January 22, 2010.

2. All fact and expert discovery must be completed by March 31, 2010. Expert reports must be served by March 1, 2010.

3. Each party will notify this Court by April 1, 2010 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by April 23, 2010, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and my chamber rules.

C:\ORD\16RULES

2

4. The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by April 23, 2010 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

5. A status conference will be held before the undersigned on January 12, 2010 at 9:30 a.m. in Courtroom 20D (500 Pearl Street).

6. The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

SO ORDERED.

DATED:   New York, New York
         December 3, 2009

                                          Andrew J. Peck
                                          United States Magistrate Judge

Copies to:  Thomas McRae (Mail)
            Philip R. DePaul, Esq. (Fax)
            Judge Jed S. Rakoff

C:\ORD\16RULES